**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 13 |
| | ) | |
| George Mannices | ) | Bk. Case No.:15-11701 |

**CHAPTER 13 PLAN**

**NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1**

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor's employer shall pay the trustee the sum of $465.00 (monthly) for 60 months.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to Priority under 11 U.S.C. Section 507.

   (A)    Debtor's Counsel Fees-$2500.00 in attorneys fees to be paid prior to other disbursements.

   (B)    Priority Taxes-$1320.00 to the Internal Revenue Services for 2013 income taxes.

   (C)    Other Priority or Administrative Expenses-

2.(As applicable-Pro-rata with or subsequent to) dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   (A)    Long term or mortgage debt – PRE-PETITION ARREARAGE ONLY, to be paid to Greentree, $21,000.00,total amount of pre-petition arrears for the real property located at 86 Traybern Blvd, Camden, DE 19934. Debtor shall continue to make regular post-payments directly to Greentree.  This Section of the Plan specifically incorporates all of the provisions affecting

mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b) and
the parties shall be so governed.

(B)   Long term or mortgage debt- PNC, the holder of a second
mortgage on the debtors' residence located at, 86 Traybern
Blvd, Camden, DE 19934. is to be treated as an unsecured
creditor, as, after allowing for the total due on the first
mortgage, there is no equity on which PNC's lien can attach.
Debtors will be filing a Complaint to Strip Mortgage to remove
this lien from the property upon discharge.

(C)   Secured Vehicle debt (cramdown) –
(D)   Secured Vehicle debt (910 car claim) –
(E)   Other secured debt:_____

3. Surrender-secured collateral to:

4.   Subsequent to dividends to priority and secured creditors,
dividends to allowed non-priority general unsecured creditors shall be
distributed as follows:

1. General unsecured creditors will be paid (    ) a dividend of
   100% of their allowed claim or (   )BIOC or
2. _____Disp. Income x 60 months as calculated under Section
   1325(b), or (  x ) a pro-rata dividend, if any.

5. (If applicable) The following leases or executor contracts of the
debtor will be treated as follows:

6.   Title to Debtor's property shall revest in the Debtor on
confirmation of the Plan, except for undistributed plan payments
held by the Trustee. Upon conversion of this case to Chapter 7, or
dismissal, the Trustee is authorized to disburse undistributed plan
payments to allowed claimants in accordance with this plan.

7.   Other special provisions of the Plan:

8. A proof of claim must be filed in order to share in distributions under the plan. A proof of claim by filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Filing a Claim. Click on "Submit Proof of Claim" link and follow the instructions. Once the necessary information is entered, the form with be automatically generated. To obtain a claim form to file a paper claim, go to the United States Bankruptcy Court, District of Delaware website (http:web.deb.uscourts.gov) and click on the Forms tab. Select All Forms from the drop down menu, then select B10-Proof of Claim. Proofs of claim in duplicate shall be delivered or mailed to the United States Bankruptcy Court, Attn: Claims, 824 Market St., 3rd Floor, Wilmington, Delaware 19801. (Copies should be mailed to Tara A. Blakely, Esq., 896 S. State Street, Dover, DE 19901).

  __/s/ George Mannices_____          ___8/13/15_____
  Debtor's Signature                     Date


  _____        _____
  Joint Debtor's Signature                Date


  ___u/s/ Tara A Blakely_____          ____8/13/15_____
  Attorney for Debtor(s)                 Date

**PLAN ANALYSIS**

Debtor:    George Mannices                Case #: 15-11701

Prior: Bankruptcy ( )  Chapter 13 ( )     Date:  8/13/15

Estimated length of plan:  60 months.          Trustee Use
                                        341 Meeting Date: _____
                                         Continued: _____
                                         Confirmed Date: _____

**TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES**

A.  TOTAL PRIORITY CLAIMS (Class One)
Unpaid attorney's fees ............................. $ 2500.00
Taxes .............................................. $ 1320.00
Other .............................................. $     .00
TOTAL OF PAYMENTS TO CURE DEFAULTS (Class Two)........$21000.00
TOTAL OF PAYMENTS ON SECURED CLAIMS (Class Three).....$    .00
TOTAL OF PAYMENTS ON UNSECURED CLAIMS (Class Four)....$    .00
SUBTOTAL ...........................................$24820.00
TOTAL TRUSTEE'S COMPENSATION.........................$ 2757.00
TOTAL DEBT AND ADMINISTRATIVE EXPENSES...............$27577.00

_____

**RECONCILIATION WITH CHAPTER 7**

H.  INTEREST OF CLASS FOUR CREDITORS  IF CHAPTER 7 FILED
     Value of debtor's interest in non-exempt property .. $    .00
     Plus: value of property recoverable under
      avoiding powers....................................$    .00
    Less: estimated chapter 7 administrative expense .... $    .00
     Less: amounts payable to priority creditors other
     than costs of administration ...................... .$    .00
     Equals: estimated amount payable to Class 4 creditors
     if Chapter 7 filed (if negative, enter zero) .......$    .00
I.  ESTIMATED DIVIDEND FOR CLASS FOUR UNDER
     CHAPTER 7 ........................................ $    .00
J.  ESTIMATED DIVIDEND UNDER PLAN ....................... $    .00


                              /s/George Mannices_____
                              Debtor


    /s/ Tara A. Blakely_____
    Tara A. Blakely
    Attorney for Debtor