## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In the Matter of**: | } |
| | }   Case No. 15-11701 |
| George Mannices | } |
| | }   Chapter 13 |
| | } |
| **Debtor(s)** | } |

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, George Mannices, by and through his attorney, TARA A. BLAKELY, who respectfully move this Honorable Court to modify his Chapter 13 Bankruptcy Plan.

1. Under the confirmed plan, Debtor was paying a total of $465.00 per month for 60 months.

2. Debtor seeks to modify his plan to cure the post-petition mortgage arrears to Ditech.

3. Debtor modifies his plan to $690.00 a month for the remaining 36 months.

4. Debtor's attorney shall be paid $500.00 for the Motion to Modify.

BLAKELY, GREGORY & PAPPOULIS

By:/s/ TARA A. BLAKELY
    TARA A. BLAKELY
    Attorney for Debtor
    1006 College Road, Suite 201
    Dover, DE 19904
    302-672-7217